# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ALLSTATE PROPERTY AND : \
CASUALTY INSURANCE CO. : \
a/s/o Joseph and Joan Holoman, : \
          Plaintiff, : \
                           :    Civil No. 5:20-cv-01834-JMG \
          v. : \
                           : \
DYNAMIC SOLUTIONS WORLDWIDE, : \
LLC, *et al*. : \
          Defendants. :

_____

## ORDER

**AND NOW**, this 23rd day of November, 2020, upon consideration of Defendant QVC's Motion for Judgment on the Pleadings (ECF No. 14), Defendant Dynamic Solutions' Response in Opposition (ECF No. 15), and all responses thereto, **IT IS HEREBY ORDERED** that:

1. QVC's Motion is **GRANTED** as to Counts I and II of its crossclaims against Dynamic Solutions and **GRANTED in part** as to Count III.

2. Within fourteen (14) days of the date of entry of this Order, QVC shall provide a supplemental brief detailing the damages sought as a result of Dynamic Solutions' breach of its duty to defend QVC in the underlying litigation, along with any supporting factual sources. Dynamic Solutions shall submit a brief detailing any opposition thereto within fourteen (14) days of the date QVC submits its supplemental brief.

3. As it applies to Dynamic Solutions' duty to indemnify QVC for any judgment entered against QVC or settlement proceeds paid by QVC to Plaintiff, QVC's Motion is unripe and therefore **DISMISSED without prejudice**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge