# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY A/S/O JOSEPH AND JOAN HOLOMAN**<br><br>**Plaintiff,**<br><br>v.<br><br>**DYNAMIC SOLUTIONS WORLDWIDE, LLC AND QVC, INC.**<br><br>**Defendants** | **Civil Action No. 5:20-cv-01834** |

## STIPULATION TO EXTEND TIME FOR QVC TO FILE PROOF OF DAMAGES

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendant QVC, Inc. ("QVC") and Defendant Dynamic Solutions Worldwide, LLC, ("Dynamic Solutions") that pursuant to the Court's November 25, 2020 Order granting QVC's Motion for Judgment on the Pleadings, the time for QVC to file its supplemental brief setting forth its damages incurred on its claim against Dynamic Solutions for a duty to defend QVC in this litigation is extended for one week, from December 9, 2020 to December 16, 2020, to give the parties additional time to resolve this dispute without additional court involvement.

| SCHNADER HARRISON SEGAL & LEWIS LLP | TERKOWITZ & HERMESMANN |
|---|---|
| _/s/ Edward J. Sholinsky_____<br>Edward J. Sholinsky<br>Samantha Banks<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 751-2304<br>*Attorneys for Defendant,*<br>*QVC, Inc.* | _/s/ Rob Paglione_____<br>Roberto K. Paglione<br>309 Fellowship Rd., Suite 200<br>Mount Laurel, LC 08054<br>Phone: (856) 642-4012 x 3<br>*Attorney for Defendant*<br>*Dynamic Solutions Worldwide, LLC* |
| Date: December 7, 2020 | Date: __12/7/2020____ |

Approved on December \_\_\_\_, 2020 by:

_____
John M. Gallagher, USDJ