IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE CO. a/s/o Joseph and Joan Holoman,<br><br>    Plaintiff,<br><br>    v.<br><br>DYNAMIC SOLUTIONS WORLDWIDE, LLC, *et al*.<br><br>    Defendants. | Civil No. 5:20-cv-01834-JMG |

**ORDER**

**AND NOW**, this 7th day of May, 2021, upon consideration of Plaintiff's Motion to Preclude (ECF No. 56) and Defendant's Response in Opposition to Plaintiff's Motion (ECF No. 57), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Preclude is **GRANTED**;

2. Defendant shall pay the reasonable expenses associated with Plaintiff's production and filing of the instant Motion pursuant to Fed. R. Civ. P. 37(c)(1)(A);

3. Defense counsel shall certify to the Court that he has produced a copy of this Order to his client within ten (10) days of the entry of this Order.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge