# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE CO. a/s/o Joseph and Joan Holoman,  Plaintiff, | : : : : |
| v. | : : |
| DYNAMIC SOLUTIONS WORLDWIDE, LLC, *et al*.  Defendants. | : : : |

Civil No. 5:20-cv-01834-JMG

# O R D E R

**AND NOW,** this 2nd day of August, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

Kate Barkman
Clerk of Court

By:

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk to Judge John M. Gallagher