IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY A/S/O JOSEPH AND JOAN HOLOMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**DYNAMIC SOLUTIONS WORLDWIDE, LLC AND QVC, INC.,**<br><br>Defendants. | Case No.: 5:20-CV-01834-JMG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been amicably resolved by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice and without costs against the Defendants.

| | |
|---|---|
| LAW OFFICES OF PATRICK J. HERMESMANN | DELUCA LEVINE, LLC |
| */s/ Rob Paglione* | |
| By: Roberto K. Paglione, Esq. | By: Joseph L. McGlynn, Esq. |
| Attorney for defendants, Dynamic Solutions Worldwide, LLC and QVC, Inc | Attorney for plaintiff, Allstate Property & Casualty Insurance Company a/s/o Joseph and Joan Holoman |
| Dated: August 24, 2021 | Dated: August 24, 2021 |